## THE MARIA DOLORES.

### (District Court, D. South Carolina. June 30, 1898.)

PRIZE—ENEMY'S PROPERTY.

A vessel and cargo whose papers, supported by the testimony, show that both belonged to a subject of the king of Spain, *held* lawful prize of war, having been captured by a United States cruiser while on a voyage from one port of the enemy to another.

This was a libel in behalf of the United States against the Maria Dolores to procure her condemnation as prize of war.

A. Lathrop, U. S. Dist. Atty.

BRAWLEY, District Judge. This is a cause of prize arising out of the capture of the Spanish bark Maria Dolores by the United States cruiser Minneapolis. The libel was filed June 10, 1898. No claimant has appeared, and the testimony taken by the prize commissioners, and an examination of the ship's papers, show that the Maria Dolores is a bark of 375 tons, owned by Tomas de Gorosica, a subject of the king of Spain; that she was manned by a crew of 11 persons, and under the command of Buenaventura Ferrer, master. She sailed from San Sebastian, in ballast, about the end of March, and on the last days of March and the first days of April, 1898, she took on a cargo consisting of 250 tons of bituminous coal and 250 tons of patent fuel at Avilas, a port of the kingdom of Spain, whence she sailed early in April for San Juan, a port in the island of Puerto Rico; both ship and cargo being consigned to Sobrinos de Azguiaga, Spanish subjects at the last-named port. She was captured in the early morning of May 21, 1898, about 12 miles from San Juan, by the United States cruiser Minneapolis, commanded by Captain Jewell, of

the United States navy, and was sent to this port in charge of a prize crew for condemnation. Upon hearing the testimony, and after consideration thereof, it is adjudged and decreed that the bark Maria Dolores, with her tackle, apparel, and furniture, and her cargo of coal, be condemned, forfeited, and sold as lawful prize of war; and a decree will be entered forthwith directing the marshal of this district to sell the same after due advertisement.